## *William Smith* v. *James Cheetham.*

IT was ruled in this cause, that an application to set aside a verdict for irregular conduct in a jury, is a non-enumerated motion.

## *Koy* v. *Clough.*

THE attorney in this cause, from a sudden and dangerous illness, was unable to attend the execution of the writ of inquiry, in consequence of which the plaintiff's attorney was requested to postpone the execution of it, but he refusing to do do this, went on and executed the writ, upon which, pretty smart damages were given. Application was now made to set aside the inquisition.

*Per Curiam.* The inability of the defendant's attorney to attend the execution of the writ, and the defendant himself having no notice of the day, are reasons for setting aside the inquisition, especially as the damages are rather excessive. But as the defendant's default is, in some degree a confession of the plaintiff's right, the rule can be only on the defendant's consenting that the judgment on the inquisition shall be entered as of this term.